22cr178SRN/DTS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(o)(1) |
| v. | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(d)(1) |
| DEVEON MARQUISE BRANCH, | ) | 26 U.S.C. § 5845(b) |
| | ) | 28 U.S.C. § 2461(c) |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of a Machinegun)

On or about May 24, 2022, in the State and District of Minnesota, the defendant,

**DEVEON MARQUISE BRANCH**,

did knowingly possess a machinegun, to wit, a .40 caliber Glock pistol, model 23, with a high-capacity magazine, bearing serial number BUGF388, equipped with an attached conversion device, commonly known as a "switch" or "auto sear," enabling it to be fired as a fully automatic weapon by a single function of the trigger, knowing it had characteristics that made it a machinegun as defined by Title 26, United States Code, Section 5845(b), all in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).



## COUNT 2
(Felon in Possession of a Firearm)

On or about May 24, 2022, in the State and District of Minnesota, the defendant,

**DEVEON MARQUISE BRANCH**,

having been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Crime | Jurisdiction of Conviction | Date of Conviction (in or about) |
|---|---|---|
| Second-Degree Assault Dangerous Weapon | Hennepin County | April 2, 2018 |
| Drive-By Shooting Dangerous Weapon | Hennepin County | April 2, 2018 |

and knowing he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, to wit, a .40 caliber Glock pistol, model 23, bearing serial number BUGF388, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

As a result of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code,

United States v. Deveon Marquise Branch

Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories, and ammunition, involved in or used in the commission of the offenses alleged, including, but not limited to, a .40 caliber Glock pistol, model 23, with a high-capacity magazine, bearing serial number BUGF388, equipped with an attached conversion device, commonly known as a "switch" or "auto sear."

A TRUE BILL

| _____ | _____ |
| UNITED STATES ATTORNEY | FOREPERSON |