# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>     Plaintiff, )<br>            )<br>v.         )<br>            )<br>Deveon Marquise Branch, )<br>            )<br>     Defendant. )<br>            )<br>            )<br>            ) | **COURT MINUTES - CRIMINAL**<br>BEFORE:  BECKY R. THORSON<br>U.S. Magistrate Judge<br><br>Case No:          22-cr-178 (SRN/DTS)<br>Date:             August 22, 2022<br>Courthouse:       St. Paul<br>Courtroom:        3C<br>Time Commenced:   10:20 a.m.<br>Time Concluded:   10:37 a.m.<br>Time in Court:    17 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

   Plaintiff: Samantha Bates, Assistant U.S. Attorney
   Defendant:  Glenn Bruder
              X CJA

On   X Indictment

X Deft Ordered Detained - Govt to submit proposed order

Additional Information:
Defendant arraigned, see arraignment minutes and order.

                                                      *s/nah*
                                          Signature of Criminal Duty Clerk