# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT — DISTRICT OF MINNESOTA** (Rev. 03/2018)

*CJA counsel please complete an AUTH24 in CJA eVoucher*
*Please read instructions on next page.*

**COURT USE ONLY — NOTES:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Dan Schiller |
| 2a. CONTACT PHONE NUMBER | 612-664-5661 |
| 3. CONTACT EMAIL ADDRESS | daniel.schiller@usdoj.gov |
| 1b. ATTORNEY NAME (if different) | Bates, Samantha |
| 2b. ATTORNEY PHONE NUMBER | 612-664-5600 |
| 3. ATTORNEY EMAIL ADDRESS | samantha.bates@usdoj.gov |
| 4. MAILING ADDRESS | 300 S 4th Street, Ste 600, Minneapolis, MN 55415 |
| 5. CASE NAME | US v Branch |
| 6. CASE NUMBER | 22-178 |
| 7. COURT REPORTER NAME, if applicable | (blank) |

**8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)
- [ ] Standing Order (MDL only)

CJA: Do not use this form; use AUTH24 in CJA.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/22/22 | brt | detention hearing | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
L0170 - orig

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: Digitally signed by DANIEL SCHILLER — Date: 2022.09.09 12:04:37 -05'00'

12. DATE: Sep 9, 2022