UNITED STATES
DISTRICT OF MINNESOTA
Criminal No. 22-178 (SRN/DTS)

---

UNITED STATES OF AMERICA,

     Plaintiff,

v.

Deveon Marquise Branch,

     Defendant.

**STATEMENT OF FACTS BY
DEVEON BRANCH IN SUPPORT
OF EXCLUSION OF TIME UNDER
THE SPEEDY TRIAL ACT**

---

Pursuant to 18 U.S.C. § 3163(h)(7)(A), I, Deveon Branch, hereby agree to the following statement of facts supporting the exclusion of time under the Speedy Trial Act: The case pending against me involves allegations that I violated 19 U.S.C. §§922(o)(1), 924(a)(2) and 18 U.S.C. §922(g)(1), 924(a)(2). The current arraignment and scheduling order requires pretrial motions be filed by September 13, 2022. A motion has been filed asking that this motion filing date be extended to September 27, 2022. This is to permit my attorney adequate time to review the government disclosures made on September 8, 2022 which includes a recording of my statement(s) to law enforcement officers.

Based on the above facts, I request that the period of time from the date appearing below to the date of the rescheduled motion hearing, be excluded from the time in which I would otherwise have to be brought to trial on my case under the Speedy Trial Act.

I have discussed this matter with my attorney. I voluntarily make this request and waiver of rights with full knowledge of my rights under the Speedy Trial Act.

Dated: 9/17/22

Deveon Branch

Dated: 9/28/2022

Glenn P. Bruder, #148878
Attorney for Defendant
Mitchell, Bruder and Johnson
9531 West 78th Street
Suite 210
Eden Prairie, MN 55344
(952) 831-3174

2