UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-cr-178 (SRN/DTS)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEVEON MARQUISE BRANCH,

        Defendant.

**GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESS AT MOTIONS HEARING**

The government intends to call one or both of the following witness to testify at the October 28, 2022, motions hearing in the above-captioned matter:

1. Hennepin County Sheriff Office Deputy Stephen Holt, regarding the circumstances surrounding Defendant's May 24, 2022 post-*Miranda* statement.

2. Hennepin County Sheriff Office Deputy Michael Coleman, regarding the circumstances surrounding Defendant's May 24, 2022 post-*Miranda* statement.

The government expects the anticipated testimony will take approximately 30 minutes on direct examination.

Dated:  October 11, 2022

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

s/*Samantha H. Bates*
BY:  SAMANTHA H. BATES
Assistant U.S. Attorney