# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DEVEON MARQUISE BRANCH,

      Defendant.

## COURT MINUTES
BEFORE:  DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 22-cr-178 SRN/DTS |
| Date: | October 28, 2022 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time: | 11:00 a.m. – 11:56 a.m. |
| Time in Court: | 56 minutes |
| Hearing Type: | Evidentiary |

APPEARANCES:

  Plaintiff:  Samantha Bates, Assistant U.S. Attorney

  For Defendant:  Glenn Bruder, CJA Appointment

PROCEEDINGS:

  #35  Defendant's Motion to Suppress Evidence Obtained as the Result of a Search and Seizure
  #37  Defendant's Motion to Suppress Post-Arrest Statement

ADDITIONAL INFORMATION:

  The hearing will continue at a later date.

  Gov't Ex. 1: Search Warrant, Application, and Receipt/Inventory (ion scan swab of door)
  Gov't Ex. 2: Search Warrant, Application, and Receipt/Inventory (premises)
  Gov't Ex. 3: Video recorded statement of Branch

<u>KR</u>
Law Clerk